press)
   - Fixture 297-2: Top Crimping Tool, used to crimp ferrule & sleeve (used with arbor press)
   - Fixture used to drill bodies on CNC milling machine (Qty: 2)
   - Fixture: Tube cutting fixture used to cut 4' length
   - Fixture: O-ring placement fixture used to install o-ring onto plunger

Syringe Assembly Tooling
   - Fixture: Holding fixture for syringe and shrink tubing (front load syringe)
   - Fixture: Holding fixture for syringe and shrink tubing (pour in syringe)
   - Fixture: Rod fixture used to move plunger inside syringe (pour in syringe)

*Additional Fixtures and Tooling that are Currently in Development*

Additional Fixtures and Tooling Currently in Development
   - Fixture 364: Fixture used to press and bond input valve into body (used with Arbor Press) (Qty: 1)
   - Fixture 342: Wrench with stop used for tightening screw (Qty: 3)
   - Fixture 343: Torque wrench used to torque tubing brass fitting into body (Qty: 2)
   - Fixture 340: Multiple Holding Fixture, used to hold several liquid reservoir handles (Qty: 1)
   - Fixture 351: Arbor press used to press ring with saline bag into liquid reservoir (Qty: 2)
   - Fixture 296: Arbor press used to crimp ferrule and sleeve onto tubing (Qty: 2)
   - Fixture 297-1: Bottom Crimping Tool, used to crimp ferrule & sleeve (used with arbor press) (Qty: 2)
   - Fixture 297-2: Top Crimping Tool, used to crimp ferrule & sleeve (used with arbor press) (Qty: 2)
   - Fixture 348: Pressurization fixture (Qty: 2)
   - Fixture 365: Fixture used to drill bodies on CNC milling machine (Qty: 2)

*Natrix Tooling, Validation & Production in Progress*

Natrix Syringe Validations ETO
   - ETO Sterilization Validation (not yet completed)
   - Six-Month Packaging Validation (not yet completed)
   - One-Year Packaging Validation (to be completed by early September 2008)
   - Biocompatibility (not yet completed)
Natrix Delivery System Validations Gamma
   - Microbial challenge (not yet completed)
   - Packaging Validation (one year) (to be completed by September 2008)
Natrix Assembly Tooling & Production in Process
   - Pressurization Fixtures (2 in process)
   - FDA Grade Lubrication Qualification
   - Housing Reservoir Strengthening
   - Shrink Sleeve Consistency
   - Reservoir Plunger Mold to eliminate secondary machining operation
   - Syringe Cap Welding Improvements (to eliminate flash & increase tolerance on the .065 dimension)

*Natrix Delivery System Research and Development Matters in Progress*

- Sellers are currently in the process of improving the engineering processes in connection with the following research and development matters- all of which are on hold after the Closing unless otherwise instructed by Kyphon Sarl

| Part # & Description | Description | Status | Comments |
|---|---|---|---|
| Saline Bag | Source alternative material to reduce saline loss (lower WMTR) | In process | Waiting for new samples requested on 06/24/2008. Evaluate new material |

EX. A  PG. 50

| | | | |
|---|---|---|---|
| Relief Valve | Modify the pressure relief valve to optimize the consistency of delivery pressure. Change the spring and different material for the plunger valve. | In process | Awaiting sterile sample for evaluation |
| Handle Liquid Reservoir | Modify the mold to optimize the strength. Add ribs around the OD of the handle where the ring, saline bag, and handle are compressed together. | In process | Tooling modification in process |
| Tray and Lid 810-00 | To decide version to be made (w/ or w/o pressure gauge cavity and syringe retain cavity) | On hold | Finalize the design |
| Self Prime | Research and develop self prime for Natrix Gun | In process | Order parts, build test samples, and evaluation |
| Pressure Gauge | a) Research appropriate pressure gauge for kyphoplasty application<br>b) Sourcing and Sample<br>c) Finalize | On hold | Continue sourcing vendors and evaluate samples |
| Pressure Gauge Adapter (manifold which connect the pressure gauge to the body) | a) Concept design and Modeling<br>b) Prototype<br>c) Finalize design<br>c) RFQ<br>d) Place order | On hold | Need to create two CAD version. One for molding and one for Machine method. |
| CARTRIDE INPUT VALVE | Reduce production assembly cycle time. Assembly problematic. | On hold | Future project. |
| CARTRIDE PRESSURE VALVE | Reduce production assembly cycle time. Assembly problematic. | On hold | Future project. |
| 14CC Syringe | a) Preliminary design<br>b) RFQ<br>c) Place order | On hold | Future project. |
| 02831033 Delivery gun sealing study (real-time, 6 months, 12months aging) | a) Gun sealing experiment (Loctite & Double O-rings) Samples | Completed | Report for 6 months is completed. Waiting for 12 months due to evaluate samples. |
| | b) Test Protocol | Completed | |
| | c) Test | In process | |
| | d) Test Report | In process | |
| Manual Bleed Connector P/N 02821125 | b) Design and finalize drawing | Completed | Ready to build, sterilize and validate. Test is on hold. |
| | c) RFQ | Completed | |
| | d) First article samples | Completed | |
| | e) FA inspection | Completed | |
| | f) Test | | |
| | g) Approval | On hold | |
| | h) Post Sterilization Validation | | |
| 10cc Syringe | a) Post Gamma Sterilization Validation | Completed | Test Completed: Samples bursted at 3200-4600 psi |
| 10cc Syringe | a) Post ETO Sterilization Validation | Completed | Test Completed: Samples bursted at 3800-4300 psi |
| Solid Stop on Syringe Connector | | | |

*Natrix Delivery System Miscellaneous Matters in Progress*

- Sellers are currently in the process of improving the engineering processes in connection with the following miscellaneous matters- all of which are on hold following Closing unless otherwise instructed by Kyphon Sarl

4

EX. A PG. 5

| Part # & Description | Description | Status | Comments |
|---|---|---|---|
| Mixing Cap | Modify the thread for more engagement. Build some samples with carbon filter cartridge to eliminate the PMMA odor. | In process | |
| Pressure Gauge | a) Research appropriate pressure gauge for kyphoplasty application | In process | Continue sourcing vendors and evaluate samples |
| | b) Sourcing and Sample | In process | |
| Mixing Cap Large Opening | a) Quote | Completed | Awaiting for 1st article samples from Bob |
| | b) 1st article sample | In process | |
| | c) Testing | TBD | |
| Fluid Aspiration Kit | Waiting feed back from Dave | In process | |
| Thick Cement | Source for vendor or chemist to formulate our own cement | In process | Evaluate and test samples |
| Vacuum Venting Port for Mixing System | Waiting feed back from Dave | On hold | |
| Pig's vertebrate experiment for thick cement and extravasion | a) Test protocol | On hold | |
| | b) Test fixtures | On hold | |
| | c) Test | On hold | |
| | d) Test report | On hold | |

5

EX. A PG. 52

## Section 3.1

### Listing of Certain Assets and Data

### Section 3.1.2 Business Intellectual Property

*Inchoate Intellectual Property List- Disclosures*

| No. | Matter | Name | Disclosure |
|---|---|---|---|
| 1 | Disclosure/IR | Void Filling Device | High pressure delivery, using a PMMA or biologic with larger elements to potentially elevate endplates large enough elements to avoid extravasation only can be accomplished with higher pressure delivery |
| 2 | Disclosure/IR | BFD with Slats | Extruded out of disposable BFD delivery cartridge via high pressure no syringe between pressure line and BFD, direct hook up CFD preloaded with cylinders/slats to be extruded end feature controlling directional extrusion and stacking/orientation |
| 3 | Disclosure/IR | Wire Stent Mesh | Same principal as marlex mesh with cement pressurized outside extravasation outside mesh dependent on the high pressurized source |
| 4 | Disclosure/IR | Balloon Fill Kit | Cost: simple add on kit to existing Natrix configuration, eliminate need for Merit fill |
| 5 | Disclosure/IR | Height Restoration with Flexible Liner | 2 step procedure without removal of balloon before injecting, again dependent on high pressure |
| 6 | Disclosure/IR | Pressure Gauge Gun | Tactile, audible and now visual reference to cement viscosity, safe confirmation of pressure release |
| 7 | Disclosure/IR | Tubing Length Greater Than 4' (current) | For greater protection in CT cases where greater right, greater distance desired |
| 8 | Disclosure/IR | Viscoplasty | Viscous cement balloon creating height elevation in one step, high pressure, directional delivery |
| 9 | Disclosure/IR | Proprietary Cement | To optimize viscous delivery system cement specs currently being characterized |
| 10 | Disclosure/IR | Manual Venting System | Part of wing nut assembly to manually vent air in the delivery syringe |
| 11 | Disclosure/IR | Wingnut Automatic Venting | Part of wing nut assembly that automatically vents air |
| 12 | Disclosure/IR | Fenestrated Cannula | High pressure delivery gun directional flow, balloon capsule |

*Intellectual Property Applications*

| Matter | Inventor | Assignee | Status |
|---|---|---|---|
| U.S. Patent Application Serial No. 10/776,209 Filed: 02/12/2004 Manual Pump Mechanism and Delivery System (79693.010700/US) | Lawrence Green & Arturo A. Gonzalez | Pabban Development, Inc. | Pending |
| Canadian Patent Application Serial No. 2,493,421 Filed: 01/20/2005 Manual Pump Mechanism and Delivery System (79693.010700/CA) | Lawrence Green & Arturo A. Gonzalez | Pabban Development, Inc. | Pending |
| Chinese Patent Application Serial No. 200510009418.X | Lawrence Green & Arturo A. Gonzalez | Pabban Development, Inc. | Pending |

EX. A  PG. 53

| | | | |
|---|---|---|---|
| **Filed**: 02/08/2005<br>Manual Pump Mechanism and Delivery System<br>(79693.010700/CN) | | | |
| European Patent Application<br>**Serial No.** 05000725.1<br>**Filed**: 01/14/2005<br>Manual Pump Mechanism and Delivery System<br>(79693.010700/EP) | Lawrence Green & Arturo A. Gonzalez | Pabban Development, Inc. | Pending |
| Japanese Patent Application<br>**Serial No.** 027859/2005<br>**Filed**: 02/03/2005<br>Manual Pump Mechanism and Delivery System<br>(79693.010700/JP) | Lawrence Green & Arturo A. Gonzalez | Pabban Development, Inc. | Pending |
| U.S. Trademark Application<br>**Serial No.** 76/660,760<br>**Reg No.** 3,392,320<br>**Filed**: 05/30/2006<br>NATRIX<br>(79693.010200/US) | N/A | Bio-Medical Devices, Inc. | Registered March 4, 2008. |

EX. A  PG. 54

## Section 3.1

### Listing of Certain Assets and Data

### Section 3.1.3 Certain Agreements, Etc.

None.

EX. A PG. 55

## Section 3.1

### Listing of Certain Assets and Data

### Section 3.1.4 Permits, Licenses, Etc.

None.

EX. __A__ PG. __57__

## Section 3.2

### Organization; Directors and Officers

<u>Corporate Officers</u>

    President: Harry N. Herbert

    Secretary: Harry N. Herbert

    Treasurer: Harry N. Herbert

<u>Corporate Directors</u>

    Harry N. Herbert

    Bradford H. Hack

    Ben A. Trainer

## Section 3.6

### Compliance with Law

- The Natrix System has been listed on a manufacturing schedule of a New Medical Device Manufacturing License Application filed with the California Department of Public Health- Food and Drug Branch by an Affiliate of Seller (as previously disclosed and identified to Medtronic) located at 17171 Daimler Avenue, Irvine, California, 92614.

- An Affiliate of Seller (as previously disclosed and identified to Medtronic) located at 17171 Daimler Avenue, Irvine, California, 92614 has made a regulatory filing with the FDA pursuant to device listing requirements under 21 C.F.R. 807.

**Section 3.8**

**Consents**

None.

EX. A PG. 59

EX. __A__ PG. __60__

## Section 3.9

### Title to and Condition of the Purchased Assets

Those assets listed under "Mold List" under Schedule 3.1.1 above are located at the facilities of an Affiliate of Seller (as previously disclosed and identified to Medtronic) located at 13948 Mountain Avenue, Chino, California, 91710. All other tangible assets listed under Schedule 3.1.1 are located at the facilities of an Affiliate of Seller (as previously disclosed and identified to Medtronic) located at 17171 Daimler Avenue, Irvine, California, 92614.

**Section 3.10**

**Contracts**

None.

EX. A PG. 62

## Section 3.11

### Intellectual Property

In June 2008, Nysa Membrane Technologies, Inc., a supplier of high performance, single use and multi-cycle disposable chromatography products founded in 2005 announced Natrix Separations, Inc. as the company's new name.

**Section 3.12**

**No Finders**

None.

EX. A  PG. 63

# PABBAN DEVELOPMENT, INC.

## SCHEDULES TO ASSET PURCHASE AGREEMENT

EX. A PG. 64

**Schedule 1.1(a)**

**Key Personnel**

Harry N. Herbert
Bill Starks
Lawrence Green

EX. A  PG. 66

## Schedule 1.1(b)

### Regulatory Filings and Documentation

- The Natrix System has been listed on a manufacturing schedule of a New Medical Device Manufacturing License Application filed with the California Department of Public Health- Food and Drug Branch by an Affiliate of Seller (as previously disclosed and identified to Medtronic).

- An Affiliate of Seller (as previously disclosed and identified to Medtronic) located at 17171 Daimler Avenue, Irvine, California, 92614 has made a regulatory filing with the FDA pursuant to device listing requirements under 21 C.F.R. 807.

EX. A  PG. 66

Schedule 2.3.1

Contracts

None.

EX. A  PG. 67

## Schedule 2.9(i)

## Purchase Price Allocation

The amount of $103,423 shall be allocated to Class V and the balance of the Purchase Price, less imputed interest, shall be allocated to Class VI and VII. Seller shall prepare Form 8594 and provide it to Buyer by August 15, 2009 and both parties shall use such Form 8594 for all income tax reporting purposes.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18101 Von Karman Avenue, Suite 230, Irvine, California 92612-7132.

On April 29, 2011, I served the following document(s) described as **FIRST AMENDED COMPLAINT FOR DAMAGES** on the interested parties in this action as follows:

| | |
|---|---|
| Stuart A. Shanus<br>Francisco M. Mok<br>Katherine W. Insogna<br>REED SMITH LLP<br>1901 Avenue of the Stars, Suite 700<br>Los Angeles, CA  90067-6078<br>Telephone:  (310) 734-5200<br>Facsimile:  (310) 734-5299<br>Email:    sshanus@reedsmith.com<br>          fmok@reedsmith.com<br>          kinsogna@reedsmith.com | Attorneys for Defendants KYPHON SARL, MEDTRONIC, INC. |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address *jdonovan@twtlaw.com* to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 29, 2011, at Irvine, California.

Jane Donovan

109327v5

FIRST AMENDED COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF