JOSEPH E. THOMAS (State Bar 101443)
*jthomas@twtlaw.com*
JAMES M. WHITELAW (State Bar No. 171974)
*jwhitelaw@twtlaw.com*
KERRI A. RICH (State Bar No. 239667)
*krich@twtlaw.com*
**THOMAS WHITELAW LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California 92612-7132
Telephone: (949) 679-6400
Facsimile: (949) 679-6405

Attorneys for Plaintiff/Counterdefendant, Pabban Development, Inc., and Counterdefendants, Bio-Medical Devices, Inc., and Bio-Medical Devices International, Inc., and Harry N. Herbert

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABBAN DEVELOPMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KYPHON SARL, et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | CASE NO. SACV 10-533 BRO(RNBx) <br><br> **ORDER GRANTING REQUEST TO USE ELECTRONIC EQUIPMENT AT TRIAL** <br><br> Judge: Hon. Beverly Reid O'Connell <br><br> DATE: April 29, 2014 <br> TIME: 9:00 a.m. <br> CRTRM: 14 <br><br> Disc. Cutoff: July 10, 2012 <br> Pretrial Conf.: January 22, 2014 <br> Trial Date: April 29, 2014 |

164432

1 | Having considered Plaintiff Pabban Development, Inc.'s Request to Use
2 | Electronic Equipment at the trial scheduled to commence April 29, 2014 at 9:00
3 | a.m., the Court finds good cause to grant the Request.

4 | THE REQUEST IS GRANTED.

6 | DATED: April 28, 2014

_____
Hon. Beverly Reid O'Connell
United States District Court Judge

164432

1

ORDER GRANTING REQUEST TO USE ELECTRONIC EQUIPMENT AT TRIAL