*Redacted*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABBAN DEVELOPMENT, INC., | CASE NO. SACV 10-533 BRO(RNBx) |
| Plaintiff, | |
| vs. | FINAL VERDICT FORM |
| KYPHON SARL, et al. | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

## Breach Of Contract

1. Did Kyphon Sàrl ("Kyphon") breach the August 7, 2008 Asset Purchase Agreement between Kyphon Sàrl and Pabban Development, Inc. ("Pabban")?

   __✓__ Yes   ____ No

   If your answer to question 1 is yes, then answer question 2. If you answered no, skip to question 5.

2. What amount of damages, if any, did Pabban suffer as a result of Kyphon's breach of the Asset Purchase Agreement?

   $ __15,416,000__

3. Did Medtronic, Inc. ("Medtronic") breach the guaranty provision of the Asset Purchase Agreement?

   ____ Yes   __✓__ No

   If your answer to question 3 is yes, then answer question 4. If you answered no, skip to question 5.

4. What amount of damages, if any, did Pabban suffer as a result of Medtronic's breach of the guaranty provision of the Asset Purchase Agreement?

   $ _____

5. Did Pabban breach the Asset Purchase Agreement?

____ Yes   ✓ No

If your answer to question 5 is yes, then answer question 6. If you answered no, skip to question 7.

6. What amount of damages, if any, did Kyphon suffer as a result of Pabban's breach of the Asset Purchase Agreement?

$_____

## Fraud

7. Did Pabban commit fraud?

    \_\_\_\_ Yes        ✓ No

Regardless of your answer to question 7, answer question 8.

8. Did Nick Herbert commit fraud?

    \_\_\_\_ Yes        ✓ No

Regardless of your answer to question 8, answer question 9.

9. Did Bio-Medical Devices, Inc. commit fraud?

    \_\_\_\_ Yes        ✓ No

Regardless of your answer to question 9, answer question 10.

10. Did Bio-Medical Devices International, Inc. commit fraud?

    \_\_\_\_ Yes        ✓ No

If your answer to questions 7, 8, 9 or 10 is yes, then answer question 11. If your answered no to questions , 7, 8, 9 and 10, stop here, answer no further questions, and have the Foreperson sign and date this form.

11. What amount of damages, if any, did Kyphon suffer as a result of the fraud? In determining the amount of damages for fraud, if any, you should not consider the damages you may have awarded Kyphon for breach of contract.

$ _____

### Intentional or Reckless Conduct

12. If you found that Pabban committed fraud, do you also find that Pabban acted intentionally or recklessly?

\_\_\_\_\_ Yes       \_\_\_\_\_ No

Regardless of your answer to question 12, answer question 13.

13. If you found that Nick Herbert committed fraud, do you also find that Nick Herbert acted intentionally or recklessly?

\_\_\_\_\_ Yes       \_\_\_\_\_ No

Regardless of your answer to question 13, answer question 14.

14. If you found that Bio-Medical Devices, Inc. committed fraud, do you also find that Bio-Medical Devices, Inc. acted intentionally or recklessly?

\_\_\_\_\_ Yes       \_\_\_\_\_ No

Regardless of your answer to question 14, answer question 15.

15. If you found that Bio-Medical Devices International, Inc. committed fraud, do you also find that Bio-Medical Devices International, Inc. acted intentionally or recklessly?

_____ Yes       _____ No

If your answer to question 12, 13, 14, or 15 was Yes, answer question 16.

16. We award punitive damages in the amount of $_____.

**Foreperson's Signature**

Signed: _____

Dated: __MAY 8, 2014__

After this entire verdict form has been completed and signed, notify the clerk that you are ready to present your verdict in the courtroom.