1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10   PABBAN DEVELOPMENT, INC.,                 No.: SACV 10-533 BRO (RNBx)

11                       Plaintiff,            **JUDGMENT**

12           vs.                               Honorable Beverly Reid O'Connell

13   KYPHON SÀRL, MEDTRONIC, INC.,
     AND DOES 1-100,
14
                         Defendants.
15

16   KYPHON SÀRL and MEDTRONIC,
     INC.,
17
                         Counterclaimants,
18
             vs.
19
     PABBAN DEVELOPMENT, INC., BIO-
20   MEDICAL DEVICES, INC., BIO-
     MEDICAL DEVICES
21   INTERNATIONAL, INC., and HARRY
     N. HERBERT,
22
                         Counterdefendants.
23

24

25

26

27

28

Following trial on the respective claims and defenses of Pabban Development, Inc. ("Pabban"), Bio-Medical Devices, Inc. ("BMD"), Bio-Medical Devices International, Inc. ("BMDI"), Harry N. Herbert ("Herbert"), Kyphon Sàrl ("Kyphon"), and Medtronic, Inc. ("Medtronic"),

IT IS HEREBY ORDERED AND ADJUDGED that:

On Pabban's first cause of action for breach of contract against Kyphon and Kyphon's first cause of action for breach of contract against Pabban, judgment is entered in favor of Pabban and against Kyphon in the amount of Fifteen Million Four Hundred Sixteen Thousand Dollars and Zero Cents ($15,416,000.00).

On Pabban's second cause of action for breach of contract against Medtronic, judgment is entered in favor of Medtronic and against Pabban.  Pabban shall take nothing on this claim.

On Kyphon's third cause of action for fraud against Pabban, BMD, BMDI, and Herbert, judgment is entered in favor of Pabban, BMD, BMDI, and Herbert and against Kyphon.  Kyphon shall take nothing on this claim.

All other claims are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  August 8, 2014

By: _____
        HON. BEVERLY REID O'CONNELL
        United States District Court Judge